No. 05–729.  BARCUS *v.* SCHNEIDER.  C. A. 9th Cir.  Certiorari denied.

No. 05–733.  NORWEGIAN CRUISE LINE, INC. *v.* CASAVANT ET UX.  App. Ct. Mass.  Certiorari denied.

No. 05–734.  SCHINZING *v.* MID-STATE STAINLESS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 05–737.  KEY *v.* DIRECTV, INC.  C. A. 4th Cir.  Certiorari denied.

No. 05–738.  SHEKOYAN *v.* SIBLEY INTERNATIONAL, INC.  C. A. D. C. Cir.  Certiorari denied.

No. 05–739.  COOKE *v.* UNITED DAIRY FARMERS, INC., ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 05–740.  WILBUR ET AL. *v.* LOCKE, GOVERNOR OF WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–742.  SIMS, SHERIFF, ROLETTE COUNTY, NORTH DAKOTA *v.* WRIGHT.  C. A. 8th Cir.  Certiorari denied.

No. 05–744.  SCHUMPERT *v.* MANCOR CAROLINA, INC.  C. A. 4th Cir.  Certiorari denied.

No. 05–745.  PIPER JAFFRAY & CO. ET AL. *v.* KAUFMAN, INDIVIDUALLY AND AS TRUSTEE OF THE MONTANA FACIAL SURGERY PENSION AND PROFIT PLAN, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 05–748.  POINTER *v.* DART, INC.  C. A. 8th Cir.  Certiorari denied.

No. 05–750.  CUMMINGS *v.* TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 05–752.  TOUVELL *v.* OHIO DEPARTMENT OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES.  C. A. 6th Cir.  Certiorari denied.